UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMQ INTERNATIONAL CORP.,

   Plaintiff,

v.                                 Case No: 8:24-cv-1913-WFJ-CPT

3TEK GLOBAL, LLC,

   Defendant.

_____/

## **ORDER RESCHEDULING MEDIATION**

Pursuant to the Notice concerning Mediation (Dkt. 36), and in accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that mediation will occur before John L. Dicks, II as follows:

| | |
|---|---|
| **Date/Time of Mediation**: | September 12, 2025<br>10:30 a.m. |
| **Place of Mediation**: | via Zoom |

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

1

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on September 4, 2025.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any