**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AMQ INTERNATIONAL CORP.**,

      Plaintiff,

v.                                                        Case No. 8:24-cv-01913-WFJ-CPT

**3TEK GLOBAL, LLC**,

      Defendant.

_____/

## ORDER

Before the Court is Plaintiff AMQ International Corp.'s Motion to Strike Defendant's Second Amended Initial Disclosure. Dkt. 49. Defendant 3TEK Global, LLC responded in opposition, Dkt. 54, and Plaintiff replied. Dkt. 56.

After careful consideration, the Court declines to strike Defendant's disclosure and thus **DENIES** Plaintiff's motion. *See Woienski v. United Airlines, Inc.*, 383 F. Supp. 3d 1342, 1345 (M.D. Fla. 2019) ("Whether the failure to fully comply with Rule 26 is harmless involves the consideration of five factors: (1) the surprise to the party against whom the evidence would be offered; (2) the ability of that party to cure the surprise; (3) the extent to which allowing the evidence would disrupt the trial; (4) the importance of the evidence; and (5) the nondisclosing party's explanation for its failure to disclose the evidence."). The delayed disclosure of the additional witnesses—David Davis, Sheila Davis, and Shane Osborne (jointly, the

"Tennessee Metals witnesses")—was not a surprise to Plaintiff, as Plaintiff knew of them. *See* Dkt. 54-4 at 30:111:19–112:9, 31:117:7–25. On March 7, 2022, Bill Padula, Vice President of Sales of 3TEK, travelled to meet with these witnesses and with Plaintiff at the place of business for Tennessee Metals, LLC. *See id.* at 22:79:19–24; *see also* Dkt. 54-3 at 13:41:9–14:42:18. The Court finds that relevant items were discussed at this meeting, according to the record. *See* Dkt. 54-3 at 17:55:7–18:60:11.

If either party desires, the Court grants the parties leave to depose the Tennessee Metals witnesses, which will not disrupt the pending motions. If either party seeks to depose these witnesses, they are directed to schedule such deposition on an expedited basis—within the month of February, or at a time before trial that is mutually agreed upon. The parties may perform their deposition over Zoom if either side prefers.

**DONE AND ORDERED** at Tampa, Florida, on January 21, 2026.

/s/ William F. Jung
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO:**</u>
Counsel of Record

2