UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMQ INTERNATIONAL CORP.**,

    Plaintiff,

v.                                            Case No. 8:24-cv-01913-WFJ-CPT

**3TEK GLOBAL, LLC**,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff AMQ International Corp.'s Motion to Strike Defendant's expert witness David Fournier. Dkt. 47. Defendant 3TEK Global, LLC responded in opposition. Dkt. 64.

After careful consideration, the Court strikes David Fournier as Defendant's expert witness and thus **GRANTS** Plaintiff's motion. *See* Fed. R. Civ. P. 26(a)(2). Per Rule 26, retained experts require the filing of a comprehensive written report, while non-retained experts do not require a report, but their disclosure must contain at least (i) the subject matter of the witness's testimony and (ii) a summary of the facts and opinions to which the witness is expected to testify. *Id.* Here, Defendant's disclosure as to David Fournier merely included a statement expressing that "Mr. Fournier is expected to testify and opine on the failure of Plaintiff to mitigate its damages, *if the evidence necessitates doing so*." Dkt. 47-1 at 3 (emphasis added).

This statement serves as a mere tentative placeholder, rather than providing notice to Plaintiff regarding what will be testified to. The Court finds Defendant's expert witness disclosure as to David Fournier insufficient to fulfill the requirements for both retained and non-retained experts.

Although David Fournier is struck as Defendant's expert witness, he may testify to non-expert facts that he knows. Plaintiff is permitted to perform a deposition if Plaintiff so desires. If Plaintiff seeks a deposition, it is directed to schedule such deposition on an expedited basis—within the month of February, or at a time before trial that is mutually agreed upon. This deposition may be performed over Zoom.

**DONE AND ORDERED** at Tampa, Florida, on January 22, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record